UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TA Instruments - Waters LLC,<br><br>Defendant. | Civil File No. 17-cv-03403 DWF/SER<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65 and District of Minnesota Local Rule 7.1, Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC ("BDC") hereby moves the Court for a preliminary injunction against Defendant TA Instruments – Waters LLC ("TA Instruments"). Specifically, BDC seeks an order that Defendant, its officers, agents, and employees, and all others acting in active concert or participation with it:

1. Be enjoined from making, using, offering for sale, or selling the DuraPulse Heart Valve Test Instrument, or any other heart valve durability testing system that infringes, or when used as directed by Defendant will infringe, claims 1 or 9 of U.S. Patent No. 9,237,935, or claims 1 or 6 of U.S. Patent No. 9,186,224; and

2. Be enjoined from inducing others to infringe claims 1 or 6 of U.S. Patent No. 9,186,224;

In support of its motion, BDC relies on its Memorandum in Support of Motion for Preliminary Injunction, the Declaration of Michael Girard with exhibits, the Declaration of Craig Weinberg, and all of the files, records, and the arguments of counsel.

Dated: November 22, 2017

DORSEY & WHITNEY LLP

By */s/ Forrest Tahdooahnippah*
    Theresa M. Bevilacqua (#031500X)
    bevilacqua.theresa@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
    Forrest Tahdooahnippah (#0391459)
    forrest@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6636
Facsimile: (612) 677-3086

Gregory S. Tamkin
(admitted *Pro Hac Vice*)
tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400

*Attorneys for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC*