UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC, | Civil File No. 17-cv-03403 DWF/SER |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| TA Instruments - Waters LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that a hearing on Plaintiff's Motion for Preliminary Injunction will take place at a time and date to be determine before the Honorable Donovan W. Frank, Senior Judge of United States District Court, 724 Federal Building, 316 N. Robert Street, St. Paul, Minnesota 55101.

Dated: November 22, 2017         DORSEY & WHITNEY LLP

By */s/ Forrest Tahdooahnippah*
   Theresa M. Bevilacqua (#031500X)
   bevilacqua.theresa@dorsey.com
   Shannon L. Bjorklund (#0389932)
   bjorklund.shannon@dorsey.com
   Forrest Tahdooahnippah (#0391459)
   forrest@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6636
Facsimile: (612) 677-3086

Gregory S. Tamkin

1

(admitted *Pro Hac Vice*)
tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400

*Attorneys for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC*