# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC, | **COURT MINUTES** |
| Plaintiff. | Case Number: CV 17-3403 DWF/SER |
| | Date: December 2, 2017 |
| | Court Reporter: Lori Simpson |
| | Courthouse: St. Paul |
| v. | Courtroom: 7C |
| | Time Commenced: 10:56 AM |
| TA Instruments - Waters LLC, | Time Concluded: 12:35 PM |
| | Sealed Time in Court: |
| Defendant. | Time in Court: 1 Hour & 39 Minutes |

Hearing on: Motion to Dismiss (Doc. No. 19)

**APPEARANCES:**

    Plaintiff:    Gregory Tamkin, Forrest Tahdooahnippah
    Defendant:    Kia Freeman, Katherine Rahlin

**PROCEEDINGS:**

**IT IS ORDERED:**

    ☒ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Written order forthcoming.

                                                              s/B. Schaffer
                                                              Courtroom Deputy