IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants <br>   & Laboratories of Colorado, LLC <br><br>                Plaintiff, <br><br> v. <br><br> TA Instruments – Waters LLC, <br><br>               Defendants. | Civil No. 0:17-cv-03403 DWF-SER |

**DECLARATION OF KIA L. FREEMAN IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

I, Kia L. Freeman, declare as follows:

1. I am a partner in the law firm of McCarter & English, LLP, and I am lead trial counsel for the defendant TA Instruments – Waters LLC ("TA Instruments").

2. I am duly licensed to practice law in Massachusetts, the District of Columbia, and the U.S. Patent and Trademark office and I have been admitted to practice *pro hac vice* before this Court.

3. Attached as Exhibit A is a true and accurate copy of excerpts from the Prosecution History of U.S. Patent No. 8,584,538 (prosecuted as U.S. Application No. 13/027,507).

4. Attached as Exhibit B is a true and accurate copy of Lu et al., On Accelerated Fatigue Testing of Prosthetic Heart Valves, in FRONTIERS IN BIOMEDICAL ENGINEERING 185-196 (Springer, Hwang et al. eds. 2003).

5. Attached as Exhibit C is a true and accurate copy of excerpts from the transcript of the December 1, 2017 motion hearing held before this Court in this case.

ME1 26342393v.1

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2017

                                                */s/      Kia L. Freeman*
                                                KIA L. FREEMAN

ME1 26342393v.1