UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TA Instruments – Waters, LLC,<br><br>      Defendants. | Civil File No. 0:17-cv-03403<br><br>**SUPPLEMENTAL DECLARATION OF FORREST TAHDOOAHNIPPAH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Forrest Tahdooahnippah, hereby declare and state as follows:

1. I am an attorney licensed to practice law in this District. I am an attorney with the law firm Dorsey & Whitney, LLP, counsel for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC ("BDC") in the above-captioned matter. I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters set forth in this Declaration, and if called to testify in this case I would and could competently testify as to such matters.

2. Attached hereto as Exhibit A is a true and correct copy of initial application later assigned U.S. Patent Application No. 14/523,104, which later issued as U.S. Patent No. 9,186,224.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the 2005 version of ISO 5840.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2018 in Minneapolis, Minnesota.

<u>/s/ Forrest Tahdooahnippah</u>
Forrest Tahdooahnippah