# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC,<br><br>　　　　　　　　Plaintiff,<br>vs.<br>TA Instruments - Waters LLC,<br>　　　　　　　　Defendant. | Civil File No. 17-cv-03403 DWF/SER<br><br>**AMENDED NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

　　　　PLEASE TAKE NOTICE that a hearing on Plaintiff's Motion for Preliminary Injunction is set for 3:00 p.m. (CST) on February 16, 2018, in Courtroom 7C before the Honorable Donovan W. Frank, Senior Judge of United States District Court, 724 Federal Building, 316 N. Robert Street, St. Paul, Minnesota 55101.

Dated:  January 12, 2018

DORSEY & WHITNEY LLP

By: *s/ Forrest Tahdooahnippah*
　　Forrest Tahdooahnippah (#0391459)
　　forrest@dorsey.com
　　Theresa M. Bevilacqua (#031500X)
　　bevilacqua.theresa@dorsey.com
　　Shannon L. Bjorklund (#0389932)
　　bjorklund.shannon@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 492-6636
Facsimile:  (612) 677-3086

Gregory S. Tamkin, (admitted *Pro Hac Vice*)
tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone:  (303) 629-3400

*Attorneys for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC*

1

4841-4532-2586\1