# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC, | **COURT MINUTES**<br>BEFORE: Steven E. Rau<br>U.S. Magistrate Judge |
| Plaintiff, | |
| v. | Case No.: 17cv3403 (DWF/SER)<br>Dated: February 13, 2018<br>Courtroom: 3A<br>Court Reporter: N/A |
| TA Instruments-Waters LLC, | Time Commenced: 9:00 a.m.<br>Time Concluded: 5:15 p.m. |
| Defendant. | Time in Court: 8 hours 15 minutes |

**APPEARANCES:**

    For Plaintiff:  Forrest Tahdooahnippah, Gregory S. Tamkin
    For Defendants: Katherine J. Rahlin, Kia L. Freeman, Lora Mitchell

## PROCEEDINGS:
Settlement conference held and continued.

                                                 *s/Melissa M. Erstad*
                                                 *Signature of Courtroom Deputy*