# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SETTLEMENT CONFERENCE – VIA TELEPHONE

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC, | **COURT MINUTES**<br>BEFORE: Steven E. Rau<br>U.S. Magistrate Judge |
| Plaintiff, | |
| v. | Case No.: 17cv3403 (DWF/SER)<br>Dated: February 14, 2018<br>Courtroom: 3A<br>Court Reporter: N/A |
| TA Instruments-Waters LLC, | Time Commenced: 2:00 p.m.<br>Time Concluded: 2:10 p.m. |
| Defendant. | Time in Court: 10 minutes |

**APPEARANCES:**

    For Plaintiff: Forrest Tahdooahnippah,
    For Defendants: Lora Mitchell

**PROCEEDINGS:**
Settlement conference held. Settlement reached, but not put on the record.

 

*s/Melissa M. Erstad*
*Signature of Courtroom Deputy*