

FORREST TAHDOOAHNIPPAH
Partner
(612) 492-6876
forrest@dorsey.com

February 22, 2018

**VIA ELECTRONIC FILING**

The Honorable Donovan W. Frank
United States District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:    Biomedical Device Consultants & Laboratories of Colorado, LLC v. TA Instruments – Waters LLC, 0:17-cv-03403-DWF-SER

Dear Judge Frank:

    I write at the request of your office to inform you that the parties have reached an agreement in principle to resolve the above referenced case. Therefore, Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC hereby withdraws its motion for preliminary injunction, ECF No. 34, without prejudice.

                                Sincerely,

                                DORSEY & WHITNEY LLP

                                */s/ Forrest Tahdooahnippah*

                                Forrest Tahdooahnippah

FT: