

February 27, 2018

VIA ECF

The Honorable Donovan W. Frank
United States District Court
724 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: Biomedical Device Consultants & Laboratories of Colorado, LLC
v. TA Instruments – Waters LLC, 0:17-cv-03403-DWF-SER

Dear Judge Frank:

    I write to inform you that the parties have reached an agreement in principle to resolve the above-referenced case. Therefore, Defendant TA Instruments – Waters hereby withdraws its motion to dismiss, Docket No. 19, without prejudice.

Sincerely,

Lora M. Friedemann
**Direct Dial:** 612.492.7185
**Email:** lfriedemann@fredlaw.com

Attorneys & Advisors / Fredrikson & Byron, P.A.
main 612.492.7000 / 200 South Sixth Street, Suite 4000
fax 612.492.7077 / Minneapolis, Minnesota
fredlaw.com / 55402-1425

MEMBER OF THE WORLD SERVICES GROUP / OFFICES:
A Worldwide Network of Professional Service Providers / Minneapolis / Bismarck / Des Moines / Fargo / St. Paul / Monterrey, Mexico / Shanghai, China