UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TA Instruments - Waters LLC,<br><br>    Defendant. | Civil File No. 17-cv-03403 DWF/SER<br><br>**EXHIBIT INDEX TO PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR FURTHER CONSIDERATION OF SEALING** |

1. Exhibit A – Redacted Version of Plaintiff's Memorandum of Law in Support of Its Motion for Preliminary Injunction.

2. Exhibit B – Redacted version of Declaration of Craig Weinberg in Support of Motion for Preliminary Injunction.

Dated: April 10, 2018    DORSEY & WHITNEY LLP

    By  */s/ Forrest Tahdooahnippah*
     Theresa M. Bevilacqua (#031500X)
     bevilacqua.theresa@dorsey.com
     Shannon L. Bjorklund (#0389932)
     bjorklund.shannon@dorsey.com
     Forrest Tahdooahnippah (#0391459)
     forrest@dorsey.com
    50 South Sixth Street, Suite 1500
    Minneapolis, MN 55402-1498
    Telephone:  (612) 492-6636
    Facsimile:  (612) 677-3086

    Gregory S. Tamkin
    (admitted *Pro Hac Vice*)

2

tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone: (303) 629-3400

*Attorneys for Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC*

2