UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TA Instruments - Waters LLC,<br><br>Defendant. | Civil File No. 17-cv-03403 DWF/SER<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL AND REQUEST FOR FUTURE ENTRY OF JUDGMENT** |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC ("BDC") hereby provides notice of the voluntary dismissal with prejudice of all claims asserted in its Complaint, ECF No. 1, with each party to bear its own costs.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, BDC requests that the Court enter judgment in a separate document after BDC's Motion for Further Consideration of Sealing, ECF No. 68, and future objections under Local Rule 5.6(d)(4) regarding sealing, if any, are resolved.

Dated:  May 14, 2018

DORSEY & WHITNEY LLP

By  */s/ Forrest Tahdooahnippah*
    Theresa M. Bevilacqua (#031500X)
    bevilacqua.theresa@dorsey.com
    Shannon L. Bjorklund (#0389932)
    bjorklund.shannon@dorsey.com
    Forrest Tahdooahnippah (#0391459)
    forrest@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 492-6636

Gregory S. Tamkin (*Pro Hac Vice*)
tamkin.greg@dorsey.com
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202
Telephone:  (303) 629-3400

*Attorneys for Plaintiff*