UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC, | Civil No. 17-3403 (DWF/SER) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| TA Instruments - Waters LLC, | |
| Defendant. | |

This matter is before the Court upon Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC's ("BDC") Notice of Dismissal and Request for Future Entry of Judgment filed on May 14, 2018, (Doc. No. [77]),

**IT IS HEREBY ORDERED** that all claims in Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**. The clerk shall not enter judgment until directed to do so after BDC's Motion for Further Consideration of Sealing, (Doc. No. [68]), and future objections under Local Rule 5.6(d)(4) regarding sealing, if any, are resolved.

Dated: May 14, 2018            s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge