UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Biomedical Device Consultants & Laboratories of Colorado, LLC, | Civil No. 17-3403 (DWF/SER) |
| Plaintiff, | **AMENDED ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| TA Instruments - Waters LLC, | |
| Defendant. | |

This matter is before the Court upon Plaintiff Biomedical Device Consultants & Laboratories of Colorado, LLC's ("BDC") Notice of Dismissal, (Doc. No. 77). On May 22, 2018, Magistrate Judge Steven E. Rau filed an Order granting Plaintiff's Motion for Further Consideration of Sealing Docket Nos. 36 and 39. (Doc. No. 80.) The objections period for Magistrate Judge Rau's May 22, 2018 Order has now passed. Therefore,

**IT IS HEREBY ORDERED** that all claims in Plaintiff's Complaint are **DISMISSED WITH PREJUDICE** and judgment may now be entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 30, 2018          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge